**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NAMEER M. ATTA,<br><br>　　　　Defendant, | Case No. 21CR1289-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE [Dkt. 48]** |

　　Good cause appearing, **IT IS HEREBY ORDERED** that the joint motion to continue the motion hearing from December 3, 2021 to January 7, 2022 at 2:00 PM [Dkt. 48] is **GRANTED**.

　　For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

　　IT IS SO ORDERED.

Dated:  November 18, 2021

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge