# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>NAMEER MOHAMMAD ATTA,<br><br>Defendant. | Case No. 21-CR-1289 JLS<br><br>**ORDER ADVANCING TRIAL AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT**<br><br>The Honorable Janis L. Sammartino |

Pursuant to joint motion and good cause having been shown, the Court advances the trial date in this matter from August 15, 2022, to July 25, 2022 at 9:00 a.m., and advances the date to hear motions *in limine* from July 29, 2022, to July 15, 2022 at 2:00 p.m. For the reasons provided in the parties' joint motion, the Court orders time excluded under the Speedy Trial Act through July 25, 2022, and finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated: April 26, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge