1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21CR01289-JLS |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO TRANSFER DEFENDANT BACK TO GEO SAN DIEGO [ECF 69]** |
| NAMEER M. ATTA, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ORDERED that Mr. Atta's Motion to Transfer Defendant Back to GEO San Diego, is hereby GRANTED, and Defendant is to be returned to GEO San Diego.

**IT IS SO ORDERED.**

Dated:  July 18, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge